# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN SCOTT MORRIS, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:19-cv-02377-N (BT) |
| | § | |
| UNITED STATES CODE SERVICE | § | |
| TITLE 18 SECTION 2251(A) et al., | | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made amended findings, conclusions and a recommendation in this case.  Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed amended findings and recommendation to which objection was made.  The objections are overruled, and the Court ACCEPTS the Amended Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 9th day of October, 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE